CHRISTIAN Z. SMITH, ESQ.
Nevada Bar No. 8266
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: Christian@RichardHarrisLaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA ELIZABETH HOFFMAN, individually, | CASE NO.: 2:19-cv-00462-KJD-BNW |
| Plaintiff, | |
| vs. | **STIPULATON AND ORDER TO AMEND PLAINTIFF'S COMPLAINT TO NAME FALCON FARMS, INC. AS A DEFENDANT** |
| COSTCO WHOLESALE CORPORATION, a Delaware corporation; DOES 1 through 100; and ROE CORPORATIONS 1 through 100, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, MELISSA ELIZABETH HOFFMAN, and her counsel from the RICHARD HARRIS LAW FIRM, and Defendant, COSTCO WHOLESALE CORPORATION, by and through its counsel of record from BACKUS

...

...

...

...

...

1

CARRANZA & BURDEN, that Plaintiff MELISSA ELIZABETH HOFFMAN will amend her Complaint to name Falcon Farms, Inc. as a defendant in this matter.

Respectfully submitted this __12th__ day of June, 2019.

| RICHARD HARRIS LAW FIRM | BACKUS, CARRANZA & BURDEN |
|---|---|
| /s/ *Christian Z. Smith, Esq.* | /s/ *Edgar Carranza, Esq.* |
| CHRISTIAN Z. SMITH, ESQ. | EDGAR CARRANZA, ESQ. |
| Nevada Bar No. 8266 | Nevada Bar No. 5902 |
| 801 S. Fourth Street | 3050 S. Durango Dr. |
| Las Vegas, NV 89101 | Las Vegas, NV 89117 |
| (702) 444-4444 | (702) 872-5555 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| MELISSA HOFFMAN | COSTCO WHOLESALE CORP. |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 13, 2019