1  JAMES P. C. SILVESTRI, ESQ.
   Nevada Bar No. 3603
2  BRIAN W. GOLDMAN, ESQ.
   Nevada Bar No. 6317
3  PYATT SILVESTRI
   701 Bridger Ave., Suite 600
4  Las Vegas, NV 89101
   Tel: (702) 383-6000
5  Fax: (702) 477-0088
   jsilvestri@pyattsilvestri.com
6  bgoldman@pyattsilvestri.com
   Attorneys for Defendants,
7  *FALCON FARMS, INC.*

8              **UNITED STATES DISTRICT COURT**

9              **DISTRICT OF NEVADA**

10 MELISSA HOFFMAN,

11              Plaintiff,                    CASE NO.:  2:19-cv-00462-KJD-BNW

12 vs.

13 COSTCO WHOLESALE CORPORATION, a
   Delaware Corporation; FALCON FARMS, INC., a
14 California Corporation; DOES 1 through 100,
   inclusive; ROE CORPORATIONS 1 through 100,
15
                Defendants.
16

17           **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

18

19         IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MELISSA

20 HOFFMAN, by and through her counsel of record, Christian Z. Smith, Esq., of the Richard

21 Harris Law Firm, and Defendant, Costco Wholesale Corporation by and through its counsel of

22 record, Dione C. Wrenn, Esq., of the law firm of Gordon Rees Scully Mansukhani, LLP, and

23 Defendant, FALCON FARMS, INC., by and through its counsel of records, James P.C. Silvestri,

24 Esq., and Brian W. Goldman, Esq., of the law firm of Pyatt Silvestri, that the above-referenced

25 action shall be dismissed with prejudice, each party to bear their own fees and costs.

26         No trial date has been set in this matter.

27 / / /

28 / / /

*Melissa Hoffman adv. Costco Wholesale Corporation, et al.*
Case No.:  2:19-cv-00462-KJD-BNW

Dated this 7th day of October, 2020                    Dated this 7th day of October, 2020

**PYATT SILVESTRI**                                    **RICHARD HARRIS LAW FIRM**

*/s/ Brian W. Goldman*                                 */s/ Christian Z. Smith*
JAMES P. C. SILVESTRI, ESQ.                            CHRISTIAN Z. SMITH. ESQ.
Nevada Bar No. 3603                                    Nevada Bar No. 8266
BRIAN W. GOLDMAN, ESQ.                                 801 South Fourth Street
Nevada Bar No. 6317                                    Las Vegas, NV  89101
701 Bridger Ave., Suite 600                            Attorneys for Plaintiff,
Las Vegas, NV 89101                                    *MELISSA HOFFMAN*
Attorneys for Defendants,
*FALCON FARMS, INC.*

Dated this 7th day of October, 2020

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Dione C. Wrenn*
ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 South Fourth Street, Suite 1550
Las Vegas, NV  89101
Attorney for Defendant,
*COSTCO WHOLESALE CORPORATION*

## ORDER

**IT IS SO ORDERED** that Case No. 2:19-cv-00462-KJD-BNW, is dismissed with prejudice,

each party to bear their own attorneys' fees and costs.

**UNITED STATES DISTRICT JUDGE**
Dated:     10/8/2020